Opinion issued December 6, 2016



In The

# Court of Appeals

For The

## First District of Texas

_____

### NO. 01-16-00554-CV

_____

**HARRIS COUNTY APPRAISAL DISTRICT, Appellant**

**V.**

**BRAY INTERNATIONAL INC. AND FLOW-TEK INC., Appellees**

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Case No. 2015-67399**

---

## MEMORANDUM OPINION

Appellant, Harris County Appraisal District, representing that it no longer wishes to pursue this appeal and the parties have settled the underlying dispute, has filed an unopposed motion to dismiss the appeal and expedite issuance of the

mandate.  No other party has filed a notice of appeal and no opinion has issued.  *See*
TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P.
42.1(a), 43.2(f).  We direct the Clerk of this Court to issue the mandate within seven
days of the date of this opinion.  *See* TEX. R. APP. P. 18.1(c).  We dismiss any other
pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Bland.